#### UNITED STATES DISTRICT COURT
#### WESTERN DISTRICT OF LOUISIANA
#### LAFAYETTE DIVISION

| | |
|---|---|
| MATTHEW MECHE | CIVIL ACTION NO. 16-0521 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LAKEZONE EXPRESS, LLC, ET AL. | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion to Remand (Record Document 20) be **GRANTED**, and this matter be **REMANDED** to the 15th Judicial District Court, Lafayette Parish, Louisiana, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this 22nd day of November, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE